IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 25 PM 3: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARY ANN LAZAR,

       Plaintiff,

v.                                                          No. 03-2868-B/P

EZPAWN TENNESSEE, INC.,

       Defendant.

---

### ORDER OF REFERENCE

---

Before the court is Defendant's Motion for Bifurcated Trial filed on July 22, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 25ᵗʰ day of July, 2005.

                        _____
                        J. DANIEL BREEN
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CV-02868 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

Thomas D. Yeaglin
LAW OFFICE OF THOMAS YEAGLIN
140 Jefferson Ave.
Memphis, TN 38103

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable J. Breen
US DISTRICT COURT