IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MARY ANN LAZAR,<br><br>    Plaintiff,<br><br>vs.<br><br>EZPAWN TENNESSEE, INC.,<br><br>    Defendant. | Civ. No. 03-2868-B/P |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER**

Before the court is defendant's Motion for Leave of Court to File Reply Brief to Plaintiff's Response to Defendant's Motion to Amend Scheduling Order, filed August 2, 2005 (dkt #34). For good cause shown, defendant's motion to file reply brief to plaintiff's Motion to Amend Scheduling Order is GRANTED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 16, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02868 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas D. Yeaglin
LAW OFFICE OF THOMAS YEAGLIN
140 Jefferson Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT