UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 24 PM 2: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

**MARY ANN LAZAR,**

      **Plaintiff,**

**v.**

**EZPAWN TENNESSEE, INC.,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:03-2868-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Administratively Closing Case entered on September 16, 2005, this cause is hereby dismissed with prejudice.

**APPROVED:**

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

10/24/05
**Date**

**THOMAS M. GOULD**

_____
**Clerk of Court**

_Earline Drayer_
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-24-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CV-02868 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Thomas D. Yeaglin
LAW OFFICE OF THOMAS YEAGLIN
140 Jefferson Ave.
Memphis, TN 38103

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable J. Breen
US DISTRICT COURT